# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| United States of America | Criminal Action No. 02-CR-60015 |
| versus | Judge Tucker L. Melançon |
| Mary Ann Colomb, et al. | Magistrate Judge Mildred Methvin |

## ORDER

For the reasons set out in the Ruling issued this date, pursuant to Federal Rule of Criminal Procedure 33, concluding that a denial of defendants' motions would result in a miscarriage of justice and finding that the interest of justice so requires,

IT IS ORDERED that the Motions for New Trial filed by defendants Mary Ann Colomb [Rec. Doc. 462], Edward Colomb [Rec. Doc. 464], Sammy Davis, Jr. [Rec. Doc. 468], and Danny Davis [Rec. Doc. 469] are GRANTED and the jury verdicts rendered on March 31, 2006 [Rec. Doc. 448] are VACATED.

IT IS FURTHER ORDERED within thirty (30) days of the entry of this order, the government is to notify the Court: (1) that it will appeal the order vacating the jury verdicts and granting new trials; or (2) that it will request a new trial date for defendants; or (3) that it will dismiss the indictment against defendants.

IT IS FURTHER ORDERED that, in the event the government requests that the matter be reset for trial, after an unsuccessful appeal or within thirty (30) days of the entry of this order, the parties are advised the Court will not set a new trial date until an investigation of the issues that arose in this case is completed and a report of that investigation is made to the Court.

THUS DONE AND SIGNED this 31st day of August, 2006, at Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE